### 3073. BRANTLEY *v.* THE STATE.

HILL, C. J. No error appears, and the verdict is fully supported by the evidence. *Judgment affirmed.*

DECIDED JANUARY 17, 1911.

Accusation of gaming; from city court of Sandersville—Judge Jordan. November 4, 1910.

*John R. Cooper,* for plaintiff in error.

*J. E. Hyman, solicitor,* contra.

---

### 3091. CONEY *v.* THE STATE.

HILL, C. J. All the assignments of error having been abandoned except the general one that the verdict was without any evidence to support it, and the evidence being ample to support the verdict, the judgment is *Affirmed.*

DECIDED JANUARY 17, 1911.

Accusation of being intoxicated at church; from city court of Dublin—Judge Hawkins. September 21, 1910.

*R. Earl Camp,* for plaintiff in error.

*George B. Davis, solicitor,* contra.

---

### 3093. FORT *v.* THE STATE.

POWELL, J. The evidence amply supports the verdict. The state of the evidence was not such as to demand a charge upon the law of confessions or of impeachment of witnesses, in the absence of request.

*Judgment affirmed.*

DECIDED JANUARY 17, 1911.

Accusation of beating wife; from city court of Dublin—Judge Hawkins. November 21, 1910.

*George B. Davis, solicitor,* contra.